UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SCOTT TRIBBETT, DORIS WOODARD,
and ELAINE BOYD,

                Plaintiffs        Case No. 1:11-cv-00569
                                              Hon. Janet T. Neff

v

TRI COUNTY METRO NARCOTICS SQUAD,
INGHAM COUNTY SHERIFF DEPUTY
RYAN CRAMER, in his individual and official
Capacities, COUNTY OF INGHAM, a **DEFENDANT TRI-COUNTY METRO**
Municipal Corporation, COUNTY OF EATON, **NARCOTICS SQUAD'S CONCURRENCE**
a Municipal Corporation, COUNTY OF **WITH DEFENDANT CITY OF LANSING'S**
CLINTON, a Municipal Corporation, CITY OF **PRE-MOTION CONFERENCE REQUEST**
LANSING, a Municipal Corporation, CITY OF
EAST LANSING, a Municipal Corporation,
UNKNOWN JOHN DOE POLICE OFFICERS
#1-9, in their individual and official
capacities,

                Defendants.
_____

| | |
|---|---|
| Matthew S. Kolodziejski (P71068) | David K. Otis (P31627) |
| Attorney for Plaintiffs | Plunkett & Cooney |
| 500 Griswold, Suite 2340 | Attorneys for Defendant City of Lansing |
| Detroit, Michigan 48226 | 325 E. Grand River Avenue, Suite 250 |
| (586) 909-1696 | East Lansing, MI  48823 |
| mattkolo@comcast.net | (517) 324-5612 |
| | dotis@plunkettcooney.com |
| | |
| Bonnie G. Toskey (P30601) | Allan C. Vander Laan (P33893) |
| Timothy M. Perrone (P37940) | Andrew J. Brege (P71474) |
| Cohl, Stoker, Toskey & McGlinchey, P.C. | Cummings, McClorey, Davis & Acho, PLC |
| Attorneys for Defendants Ingham County | Attorneys for Defendant Eaton County |
| Deputy Cramer and Ingham County | 2851 Charlevoix Drive, SE, Suit 327 |
| 601 N. Capitol Avenue | Grand Rapids, MI  49546 |
| Lansing, MI  48933 | (616) 975-7470 |
| (517) 372-9000 | avanderlaan@cmda-law.com |
| btoskey@cstmlaw.com | abrege@cmda-law.com |

Patrick A. Aseltyne (P23292)
Shaina R. Reed (P74740)
Johnson, Rosati, LaBarge, Aseltyne & Field, PC
Attorneys for Defendant Clinton County
303 S. Waverly Road
Lansing, MI  48917
(517) 886-3800
paseltyne@jrlaf.com
sreed@jrlaf.com

Thomas R. Meagher (P32959)
Frank Harrison Reynolds (P29917)
Joshua K. Richardson (P71117)
Foster, Swift, Collins & Smith, P.C.
Attorneys for Defendant Tri County Metro Narcotics Squad
313 S. Washington Square
Lansing, Michigan 48933
(517) 371-8244
tmeagher@fosterswift.com
freynolds@fosterswift.com
jrichardson@fosterswift.com

Thomas M. Yeadon (P38237)
McGinty Hitch Housefield Person Yeadon & Anderson, PC
Attorneys for Defendant City of East Lansing
601 Abbott Road
P.O. Box 2502
East Lansing, MI  48826
(517) 351-0280
tomyeadon@mcgintylaw.com

_____

### DEFENDANT TRI-COUNTY METRO NARCOTICS SQUAD'S CONCURRENCE WITH DEFENDANT CITY OF LANSING'S PRE-MOTION CONFERENCE REQUEST

Defendant Tri-County Metro Narcotics Squad, by its attorneys, Foster, Swift, Collins & Smith, P.C., concurs with and joins in Defendant City of Lansing's Pre-Motion Conference Request (Doc #17), for a Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(c).

1

Defendant Tri-County Metro Narcotics Squad respectfully requests that this Honorable Court schedule a pre-motion conference and determine a briefing schedule for the dispositive motion.

Respectfully submitted:

FOSTER, SWIFT, COLLINS & SMITH, P.C.

/s/ Thomas R. Meagher
Thomas R. Meagher (P32959)
Attorney for Defendant, Tri-County Metro
 Narcotics Squad
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI  48933
(517) 371-8161
tmeagher@fosterswift.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I directed Sharla Clements to electronically file Defendant Tri-County Metro Narcotics Squad's Concurrence With Defendant City of Lansing's Pre-Motion Conference Request with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s/ Thomas R. Meagher
Thomas R. Meagher (P32959)
Attorney for Defendant, Tri-County Metro
 Narcotics Squad
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI  48933
(517) 371-8161
tmeagher@fosterswift.com

2

30114:00001:1234115-1