UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT TRIBBETT,
DORIS WOODARD,
ELAINE BOYD,                                              Case No. 1:11-cv-00569

      Plaintiffs,                                          Hon. Janet T. Neff

v.

TRI-COUNTY METRO NARCOTICS SQUAD,
INGHAM COUNTY SHERIFF DEPUTY RYAN CRAMER,
in his individual and official capacities,
COUNTY OF INGHAM,
a municipal corporation,
COUNTY OF EATON,
a municipal corporation,
COUNTY OF CLINTON,
a municipal corporation,
CITY OF LANSING,
a municipal corporation,
CITY OF EAST LANSING,
a municipal corporation,
UNKNOWN JOHN DOE POLICE OFFICERS #1-9,
in their individual and official capacities,

      Defendants.
_____/
Matthew S. Kolodziejski (P71068)
Attorney for Plaintiffs
500 Griswold, Suite 2340
Detroit, MI 48226
(586) 909-1696
mattkolo@comcast.net
_____/

**PLAINTIFFS' RESPONSE TO DEFENDANTS' PRE-MOTION
CONFERENCE REQUEST**

1)     Counsel for Plaintiffs has reviewed Defendants' Pre-Motion Conference Request.

2)     In an effort to narrow the issues and claims presented in this case, Plaintiffs are voluntarily dismissing the following claims without prejudice:

1

      a.    All federal and state law claims on behalf of Plaintiff Scott Tribbett;

      b.    All state law claims only on behalf of Plaintiffs Doris Woodard and Elaine Boyd.

3)    Plaintiffs will maintain and proceed with the following claims only:

      a.    Violation of 42 U.S.C § 1983 (unreasonable search and seizure) on behalf of Plaintiffs Doris Woodard and Elaine Boyd.

4)    Plaintiffs submit that this voluntary withdrawal of contested claims renders Defendants' Pre-Motion Conference Request moot.

**WHEREFORE** Plaintiffs request that this Honorable Court grant Plaintiffs' voluntary withdrawal of claims without prejudice.

Respectfully submitted,

/s/ Matthew S. Kolodziejski
Matthew S. Kolodziejski (P71068)
Attorney for Plaintiffs
500 Griswold, Suite 2340
Detroit, MI 48226
(586) 909-1696
mattkolo@comcast.net

Dated: November 18, 2011

CERTIFICATE OF SERVICE

I certify that on November 18, 2011 I served Plaintiffs' Response to Defendants' Pre-Motion Conference Request on all parties of record via the ECF system.

                                        Respectfully submitted,

                                        /s/ Matthew S. Kolodziejski
                                        Matthew S. Kolodziejski (P71068)
                                        Attorney for Plaintiffs
                                        500 Griswold, Suite 2340
                                        Detroit, MI 48226
                                        (586) 909-1696
                                        mattkolo@comcast.net

Dated: November 18, 2011