UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT TRIBETT et al.,

    Plaintiffs,

v.

    Case No. 1:11-cv-569

    HON. JANET T. NEFF

TRI-COUNTY METRO NARCOTICS
SQUAD et al.,

    Defendants.
_____/

### ORDER REGARDING RULE 16 SCHEDULING CONFERENCE

On December 19, 2011, the Court held a scheduling conference pursuant to Fed. R. Civ. P. 16. For the reasons stated at the conference,

**IT IS HEREBY ORDERED** that the scheduling conference is CONTINUED without date pending further order of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs shall <u>no later than fourteen (14) days</u> from the date of this Order file an amended complaint consistent with the representations made in their Response to Defendants' Pre-Motion Conference Request.

**IT IS FURTHER ORDERED** that Plaintiffs shall <u>no later than fourteen (14) days</u> from the date of this Order provide a settlement demand to Defendants and file a proof of service with the Court.

**IT IS FURTHER ORDERED** that Defendants shall <u>no later than twenty-eight (28) days</u> from the date of this Order file a Joint Notice with the Court indicating whether their preference is to proceed with an early settlement conference with Magistrate Judge Carmody or continue with the Rule 16 scheduling conference.

Dated: December 20, 2011          /s/Janet T. Neff
                                              JANET T. NEFF
                                              UNITED STATES DISTRICT JUDGE