UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:11-cv-00569-JTN | 3/8/2012 | 2:00 p.m. - 4:51 p.m. | Grand Rapids | Ellen S. Carmody |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Doris Woodard et al | Tri-County Metro Narcotics Squad et al |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Matthew Stanley Kolodziejski | Plaintiffs |
| Thomas R. Meagher | Defendant Tri-County Metro Narcotics Squad |
| Timothy M. Perrone | Defendants Ingham, County of, and Ryan Cramer |
| Thomas M. Yeadon | Defendant East Lansing, City of |
| Gene Hullinghorst | Defendant Lansing, City of |
| Patrick A. Aseltyne | Defendant Clinton, County of |
| Andrew James Brege | Defendant Eaton, County of |

**PROCEEDINGS**

**NATURE OF HEARING:** Settlement Conference held; case settled.

Portions Digitally Recorded
Deputy Clerk: J. Lenon